# FOR SETTLEMENT PURPOSES ONLY
(West End Superette)

**Calculaton for**     **Elilia Valle**

## Period 1

| **Assumptions:** | Period Worked | August 10, 2011 to December 31, 2013 |
| --- | --- | --- |
| | Number of weeks worked | 125 weeks |
| | Hours worked/week | 57.5 hours |
| | Salary | $510/week |

### Overtime Wage
If fixed salary, average rate of pay per week divided by total hours worked per week equals
Regular Rate of:    $8.87

$$\text{Unpaid OT} = 1.5 \times (\text{Regular Rate}) \times (\text{Hours over 40}) \times (\text{Number of Weeks})$$
$$= 1.5 \times 8.87 \times 17.5 \times 125$$
$$= \$9,712.50$$

### Spread of Hour Premium
During this working period, the spread of hours exceeds 10 hours for 5 days a week.

$$\text{Unpaid SOH} = \$7.25 \times (\text{Number of days worked more than 10 hours}) \times (\text{Number of weeks})$$
$$= \$7.25 \times 5 \times 125$$
$$= \$4,531.25$$

**Period 1 Total** =   $14,243.75

## Period 2

| **Assumptions:** | Period Worked | January 1, 2014 to December 31, 2014 |
| --- | --- | --- |
| | Number of weeks worked | 52 weeks |
| | Hours worked/week | 57.5 hours |
| | Salary | $510/week |

### Overtime Wage
If fixed salary, average rate of pay per week divided by total hours worked per week equals
Regular Rate of:    $8.87

$$\text{Unpaid OT} = 1.5 \times (\text{Regular Rate}) \times (\text{Hours over 40}) \times (\text{Number of Weeks})$$
$$= 1.5 \times 8.87 \times 17.5 \times 52$$
$$= \$4,040.40$$

### Spread of Hour Premium
During this working period, the spread of hours exceeds 10 hours for 5 days a week.

$$\text{Unpaid SOH} = \$8 \times (\text{Number of days worked more than 10 hours}) \times (\text{Number of weeks})$$
$$= \$8 \times 5 \times 52$$
$$= \$2,080.00$$

**Period 2 Total** =   $6,120.40

## Period 3

**Assumptions:**     Period Worked            January 1, 2015 to December 31, 2015
                     Number of weeks worked   52 weeks
                     Hours worked/week        57.5 hours
                     Salary                   $600/week

**Overtime Wage**

If fixed salary, average rate of pay per week divided by total hours worked per week equals
Regular Rate of:   $10.43
        Unpaid OT = 1.5 x (Regular Rate) x (Hours over 40) x (Number of Weeks)
                  = 1.5 x 10.43 x 17.5 x 52
                  = $4,750.20

**Spread of Hour Premium**

During this working period, the spread of hours exceeds 10 hours for 5 days a week.
        Unpaid SOH = $8.75 x (Number of days worked more than 10 hours) x (Number of weeks)
                   = $8.75 x 5 x 52
                   = $2,275.00

**Period 3 Total** =   $7,025.20

**Period 4**

**Assumptions:**     Period Worked            January 1, 2016 to December 31, 2016
                     Number of weeks worked   52 weeks
                     Hours worked/week        57.5 hours
                     Salary                   $650/week

**Overtime Wage**

If fixed salary, average rate of pay per week divided by total hours worked per week equals
Regular Rate of:   $11.30
        Unpaid OT = 1.5 x (Regular Rate) x (Hours over 40) x (Number of Weeks)
                  = 1.5 x 11.3 x 17.5 x 52
                  = $5,141.50

**Spread of Hour Premium**

During this working period, the spread of hours exceeds 10 hours for 5 days a week.
        Unpaid SOH = $9 x (Number of days worked more than 10 hours) x (Number of weeks)
                   = $9 x 5 x 52
                   = $2,340.00

**Period 4 Total** =   $7,481.50

**Period 5**

**Assumptions:**     Period Worked            January 1, 2017 to July 31, 2017
                     Number of weeks worked   30 weeks
                     Hours worked/week        57.5 hours
                     Salary                   $650/week

**Overtime Wage**

If fixed salary, average rate of pay per week divided by total hours worked per week equals

Regular Rate of:   $11.30
  Unpaid OT = 0.5 x (Regular Rate) x (Hours over 40) x (Number of Weeks)
            = 0.5 x 11.3 x 17.5 x 30
            = $2,966.25

**Spread of Hour Premium**

During this working period, the spread of hours exceeds 10 hours for 5 days a week.
  Unpaid SOH = $11 x (Number of days worked more than 10 hours) x (Number of weeks)
             = $11 x 5 x 30
             = $1,650.00

**Period 5 Total** = $4,616.25

**Back wage (all periods) = $39,487.10**

| | |
|---|---|
| NY State Liquidated Damage = | $39,487.10 |
| Statutory Penalty for Invalid Wage and Hour Notice = | $5,000.00 |
| Statutory Penalty for Invalid Wage Statement = | $5,000.00 |

**Total = $88,974.20**

Legal fees and expenses to be determined.